UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff(s),<br><br>            v.<br><br>VINCENT MEDINA,<br><br>                         Defendant(s). | 24-CR-123 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on **March 15, 2024** at **2:00 PM** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: March 6, 2024
       New York, New York

DALE E. HO
United States District Judge