UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff(s),<br><br>      v.<br><br>VINCENT MEDINA,<br><br>                Defendant(s). | 24-CR-123 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    IT IS HEREBY ORDERED that the arraignment and initial conference previously scheduled for March 15, 2024, is RESCHEDULED for **March 20, 2024**, at **1:00 P.M.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: March 15, 2024
       New York, New York

                                                          DALE E. HO
                                            United States District Judge