UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               v.<br><br>VINCENT MEDINA,<br>                   Defendant. | 24-CR-123 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      The Court received a letter from the Government dated April 19, 2024, requesting a three-week extension of the Rule 16 discovery deadline. Defendant consents to the extension request. *See* ECF No. 12.

      It is hereby ORDERED that the deadline for Rule 16 discovery is extended to May 20, 2024, to allow counsel to continue discussions regarding a possible pre-discovery disposition.

      The Clerk of Court is directed to terminate ECF No. 12.

      SO ORDERED.

Dated: April 19, 2024
       New York, New York

                                                          DALE E. HO
                                                 United States District Judge