UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VINCENT MEDINA,<br>　　　　　　　　Defendant. | 24-CR-123 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea.

It is hereby ORDERED that the status conference scheduled for **May 24, 2024, at 11:00 a.m.** shall be converted to a plea hearing. The parties shall appear before the Court in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

　　　SO ORDERED.

Dated: May 21, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge