UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VINCENT MEDINA,<br>      Defendant. | 24-CR-123 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  IT IS HEREBY ORDERED that the sentencing hearing previously scheduled for October 10, 2024, is RESCHEDULED for **October 11, 2024**, at **11:30 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. Defendant's sentencing submission(s) shall be due on September 27, 2024. The Government's sentencing submission(s) shall be due on October 4, 2024.

  SO ORDERED.

Dated: September 23, 2024
   New York, New York

                     DALE E. HO
                 United States District Judge